UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                              §
                                    §
NGUYEN, DIEP                        §       Case No. 13-38188
NGUYEN, TAMMY                       §
                                    §
                                    §
          Debtor(s)                 §

**AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

       Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

       The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

       U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST., CHICAGO, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on Tuesday, November 25, 2014 in Courtroom 619, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

    If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/30/2014              By: /s/ Barry A. Chatz, Trustee
                                          Barry A. Chatz, Trustee


*BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL 60606-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
NGUYEN, DIEP § Case No. 13-38188
NGUYEN, TAMMY §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,500.00 |
| and approved disbursements of | $ | 50.00 |
| leaving a balance on hand of[1] | $ | 4,450.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | WORLD FUEL SERVICES, INC. D/B/A TEXOR | $ 151,837.37 | $ 151,837.37 | $ 0.00 | $ 0.00 |
| 000003 | AMERICAN HONDA FINANCE CORPORATION | $ 12,712.81 | $ 12,712.81 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 4,450.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 1,125.00 | $ 0.00 | $ 1,125.00 |
| Trustee Expenses: BARRY A. CHATZ | $ 65.63 | $ 0.00 | $ 65.63 |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $ 2,682.00 | $ 0.00 | $ 2,682.00 |

Total to be paid for chapter 7 administrative expenses $ 3,872.63

Remaining Balance $ 577.37

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 28,942.11 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | ILLINOIS DEPARTMENT OF REVENUE | $ 28,942.11 | $ 0.00 | $ 577.37 |

Total to be paid to priority creditors $ 577.37

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,586,279.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | CAPITAL RECOVERY V, LLC | $ 258.65 | $ 0.00 | $ 0.00 |
| 000005 | CERASTES, LLC | $ 4,829.31 | $ 0.00 | $ 0.00 |
| 000006 | PARKWAY BANK AND TRUST COMPANY | $ 1,577,367.19 | $ 0.00 | $ 0.00 |
| 000001B | ILLINOIS DEPARTMENT OF REVENUE | $ 3,824.80 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $       0.00

Remaining Balance       $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/ Barry A. Chatz, Trustee
                Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 13-38188-DRC
Diep Nguyen                                                     Chapter 7
Tammy Nguyen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: ahamilton           Page 1 of 2              Date Rcvd: Oct 31, 2014
                             Form ID: pdf006           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2014.
db/jdb         +Diep Nguyen,    Tammy Nguyen,    1712 Charles Drive,    Wheeling, IL 60090-6776
aty            +Rachel D. Stern,    53 West Jackson Boulevard,    Suite 1442,    Chicago, IL 60604-3536
21043168       +Chase Bank USA,    P.O. Box 15298,    Wilmington, Delaware 19850-5298
21043170      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,    101 W. Jefferson,
                 Springfield, Illinois 62702)
21315680        Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, Illinois 60664-0338
21043172       +PNC Bank,    1001 S. Washington Street,    Naperville, Illinois 60540-7400
21043173       +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, Ohio 45342-5433
21196174       +Parkway Bank and Trust Company,    Scott & Kraus, LLC,    150 South Wacker Drive, Suite 2900,
                 Chicago, IL 60606-4206
21043171       +Parkway Bank and Trust Company,    c/o Scott & Kraus, LLC,    150 S. Wacker Drive, Suite 2900,
                 Chicago, Illinois 60606-4206
21413384       +Parkway Bank and Trust Company,    c/o Sheryl A. Fyock/Holly Carto,    Latimer LeVay Fyock LLC,
                 55 W. Monroe, Suite 1100,    Chicago, IL 60603-5128
21043174        Tran Buu Trieu,    1629 Patriot Blvd.,    Wheeling, Illinois 60090
21043175       +World Fuel Services, Inc. d/b/a Texor Pe,    c/o Sullivan Hincks & Conway,
                 120 W. 22nd Street, Suite 100,    Oak Brook, Illinois 60523-4067
21353040        World Fuel Services, Inc. d/b/a Texor Petroleum,    c/o John Conway,    Sullivan Hincks & Conway,
                 120 West 22nd Street, Suite 100,    Oak Brook, IL 60523-4067
21053337       +World Fuel Services, Inc. d/b/a Texor Petroleum Co,    c/o John J. Conway,
                 Sullivan Hincks & Conway,    120 West 22nd Street, Suite 100,    Oak Brook, IL 60523-4067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21043169        E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 01 2014 01:33:48      Honda Financial,
                 P.O. Box 60001,    City of Industry, California 91716
21441196        E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 01 2014 01:33:48
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6441
21485000       +E-mail/Text: bncmail@w-legal.com Nov 01 2014 01:33:48      CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
21458792        E-mail/PDF: rmscedi@recoverycorp.com Nov 01 2014 01:38:04      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21235565        E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2014 01:37:55      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
21197899       +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2014 01:37:56      Gap,    PO Box 965005,
                 Orlando, FL 32896-5005
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: ahamilton             Page 2 of 2                  Date Rcvd: Oct 31, 2014
                              Form ID: pdf006             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2014 at the address(es) listed below:
```
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Christina M Riepel    on behalf of Trustee Barry A Chatz gstern2@flash.net
              Gregory K Stern    on behalf of Trustee Barry A Chatz gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Jason R. Sleezer    on behalf of Creditor    Parkway Bank and Trust Company jsleezer@skcounsel.com,
               rybarra@skcounsel.com
              John J Conway    on behalf of Creditor    World Fuel Services, Inc. d/b/a Texor Petroleum
               johnconway@shlawfirm.com
              Monica C O'Brien    on behalf of Trustee Barry A Chatz gstern1@flash.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert N Weiner    on behalf of Debtor Diep  Nguyen rnwlex@yahoo.com
              Robert N Weiner    on behalf of Joint Debtor Tammy  Nguyen rnwlex@yahoo.com
              Sheryl A Fyock    on behalf of Creditor    Parkway Bank and Trust Company sfyock@llflegal.com
                                                                                               TOTAL: 10
```