UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| NGUYEN, DIEP<br>NGUYEN, TAMMY | § §<br>§ § | Case No. 13-38188 |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:                Claims Discharged
                                                 Without Payment:


Total Expenses of Administration:

---

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/BARRY A. CHATZ _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | AMERICAN HONDA FINANCE CORPORATION |  |  |  |  |  |
| 000002 | WORLD FUEL SERVICES, INC. D/B/A TEX |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ, CHAPTER 7 TRUSTEE | | | | | |
| BARRY A. CHATZ, CHAPTER 7 TRUSTEE | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CAPITAL RECOVERY V, LLC | | | | | |
| 000005 | CERASTES, LLC | | | | | |
| 000001B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000006 | PARKWAY BANK AND TRUST COMPANY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-38188 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | NGUYEN, DIEP | | | Date Filed (f) or Converted (c): | 09/28/13 (f) |
| | NGUYEN, TAMMY | | | 341(a) Meeting Date: | 11/15/13 |
| For Period Ending: | 01/23/15 | | | Claims Bar Date: | 02/19/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PREFERENCE SETTLEMENT (u) PREFERENCE SETTLEMENT WITH BARCLAYS BANK | 0.00 | 500.00 | | 500.00 | FA |
| 2. PREFERENCE SETTLEMENT (u) PREFERENCE SETTLEMENT WITH CHASE BANK | 0.00 | 4,000.00 | | 4,000.00 | FA |
| 3. REAL PROPERTY 1712 CHARLES DRIVE, WHEELING, IL | 380,000.00 | 0.00 | | 0.00 | FA |
| 4. CASH ON HAND IN DEBTORS' POSSESSION | 10.00 | 0.00 | | 0.00 | FA |
| 5. BANK ACCOUNTS CHECKING ACCOUNT | 200.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS IN DEBTORS' POSSESSION | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. CLOTHING IN DEBTORS' POSSESSION | 500.00 | 0.00 | | 0.00 | FA |
| 8. GUNS, SPORT, HOBBY IN DEBTORS' POSSESSION | 150.00 | 0.00 | | 0.00 | FA |
| 9. INTERESTS IN EDUCATION IRA 529 TUITION PLAN - BENEFICIARY IS DEBTORS' SON | 46,000.00 | 0.00 | | 0.00 | FA |
| 10. INTERESTS IN EDUCATION IRA 529 TUITION PLAN - BENEFICIARY IS DEBTORS' DAUGHTER | 48,000.00 | 0.00 | | 0.00 | FA |
| 11. RETIREMENT PLANS JOHN HANCOCK 401(K) ACCOUNT | 97,650.00 | 0.00 | | 0.00 | FA |
| 12. RETIREMENT PLANS HEWITT ASSOCIATES 401(K) ACCOUNT | 51,839.00 | 0.00 | | 0.00 | FA |
| 13. RETIREMENT PLANS CHARLES SCHWAB 401(K) ACCOUNT | 13,889.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 18.03b

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 13-38188 | TAB | Judge: TIMOTHY A. BARNES |
|---|---|---|---|
| Case Name: | NGUYEN, DIEP | | |
| | NGUYEN, TAMMY | | |

| Trustee Name: | BARRY A. CHATZ |
|---|---|
| Date Filed (f) or Converted (c): | 09/28/13 (f) |
| 341(a) Meeting Date: | 11/15/13 |
| Claims Bar Date: | 02/19/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. RETIREMENT PLANS<br>  MINUTE CLINIC 401(K) ACCOUNT | 65,147.00 | 0.00 | | 0.00 | FA |
| 15. VEHICLES<br>  2009 MAZDA 5 VEHICLE | 6,400.00 | 0.00 | | 0.00 | FA |
| 16. VEHICLES<br>  2011 HONDA PILOT VEHICLE | 15,000.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $726,285.00 | $4,500.00 | | $4,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PREPARE TFR

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-38188 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | NGUYEN, DIEP | | Bank Name: | BANK OF NEW YORK MELLON |
| | NGUYEN, TAMMY | | Account Number / CD #: | *******9492  Checking Account |
| Taxpayer ID No: | *******0708 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/15/14 | 1 | BARCLAYS BANK OPS | PREFERENCE SETTLEMENT | 1241-000 | 500.00 | | 500.00 |
| 04/15/14 | 2 | CHASE BANK USA, N.A. 201 NORTH WALNUT STREET WILMINGTON, DE 19801 | PREFERENCE SETTLEMENT | 1241-000 | 4,000.00 | | 4,500.00 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,490.00 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,480.00 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,470.00 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,460.00 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,450.00 |
| 11/25/14 | 300001 | BARRY A. CHATZ, CHAPTER 7 TRUSTEE 120 SOUTH RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | Claim 000007, Payment 100.00% | | | 1,190.63 | 3,259.37 |
| | | | Fees       1,125.00 | 2100-000 | | | |
| | | | Expenses      65.63 | 2200-000 | | | |
| 11/25/14 | 300002 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARD SUITE 1442 CHICAGO, IL 60604 | Claim 000008, Payment 100.00% | 3210-000 | | 2,682.00 | 577.37 |
| 11/25/14 | 300003 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION P.O. BOX 64338 CHICAGO, ILLINOIS 60664-0338 | Claim 000001A, Payment 1.99% | 5800-000 | | 577.37 | 0.00 |

Page Subtotals    4,500.00    4,500.00

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-38188 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | NGUYEN, DIEP | | Bank Name: | BANK OF NEW YORK MELLON |
| | NGUYEN, TAMMY | | Account Number / CD #: | *******9492 Checking Account |
| Taxpayer ID No: | *******0708 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,500.00 | 4,500.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,500.00 | 4,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,500.00 | 4,500.00 | |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Checking Account - ********9492 | 4,500.00 | 4,500.00 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 4,500.00 | 4,500.00 | 0.00 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*